UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SCOTT WILLIAM WOODBURY,

        Petitioner,                     Case Number 01-10046-BC
                                                    Honorable David M. Lawson

v.

BARBARA BOCK,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order Denying Petition for Writ of Habeas Corpus entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE.**

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated: November 15, 2005

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 15, 2005.

                                         s/Tracy A. Jacobs
                                         TRACY A. JACOBS